UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRIAN HARRIS**, individually and on behalf of all others similarly situated,

    **Plaintiff**,

v.                                                             Case No. 3:22cv23859-TKW-ZCB

**PSP STORES LLC** d/b/a Pet Supplies Plus,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

This case is before the Court based on Plaintiff's notice of voluntary dismissal (Doc. 21). The notice purports to dismiss this case with prejudice, but the case cannot be dismissed by a unilateral notice because Defendant filed an answer. *See* Fed. R. Civ. P. 41(a)(1)(A). However, the Court assumes that Defendant has no objection to the dismissal because the parties previously reported that this case was settled and the dismissal is "with prejudice." Accordingly, it is

**ORDERED** that Plaintiff's notice of voluntary dismissal is treated as a motion under Fed. R. Civ. P. 41(a)(2) and is **GRANTED**. This case is **DISMISSED with prejudice** and the Clerk shall close the file.

**DONE and ORDERED** this 22nd day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**